UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONIA DUGAS                                              CIVIL ACTION

VERSUS                                                   NO. 23-2307

PICO, INC., *et al.*                                     SECTION M (4)

## ORDER

Considering the parties' joint motion to dismiss (R. Doc. 20),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of plaintiff Tonia Dugas against defendants Federated Reserve Insurance Company, Jeffery Don Thompson, and PICO, Inc. are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 5th day of June, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE